IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Peaches, Noah<br>Peaches, Hillary<br>Printed: 03/10/09 | Case Number: 08 B 18141<br>Judge: Hollis, Pamela S<br>Filed: 7/15/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 26, 2009
Confirmed: December 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,930.64 | |
| Secured: | | 600.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,137.53 |
| Trustee Fee: | | 193.11 |
| Other Funds: | | 0.00 |
| Totals: | 2,930.64 | 2,930.64 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,521.50 | 2,137.53 |
| 2. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 5. | Aaron Rents | Secured | 0.00 | 0.00 |
| 6. | Aaron Rents | Secured | 0.00 | 0.00 |
| 7. | Aaron Rents | Secured | 0.00 | 0.00 |
| 8. | USA One National Credit Union | Secured | 6,205.98 | 600.00 |
| 9. | Value Auto Mart Inc | Secured | 822.05 | 0.00 |
| 10. | Countrywide Home Loans Inc. | Secured | 5,208.68 | 0.00 |
| 11. | Countrywide Home Loans Inc. | Secured | 21,114.00 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 18.91 | 0.00 |
| 13. | USA One National Credit Union | Unsecured | 472.88 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 70.18 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 197.00 | 0.00 |
| 16. | Midland Credit Management | Unsecured | 100.67 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 30.09 | 0.00 |
| 18. | Portfolio Recovery Associates | Unsecured | 8.40 | 0.00 |
| 19. | Peoples Energy Corp | Unsecured | 22.94 | 0.00 |
| 20. | Aaron Rents | Unsecured | 0.07 | 0.00 |
| 21. | Aaron Rents | Unsecured | 0.08 | 0.00 |
| 22. | Jefferson Capital Systems LLC | Unsecured | 116.05 | 0.00 |
| 23. | Aaron Rents | Unsecured | 22.80 | 0.00 |
| 24. | Nicor Gas | Unsecured | 40.22 | 0.00 |
| 25. | Commonwealth Edison | Unsecured | 45.84 | 0.00 |
| 26. | Internal Revenue Service | Unsecured | 793.42 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Peaches, Noah | Case Number: 08 B 18141 |
|---|---|---|
|  | Peaches, Hillary | Judge: Hollis, Pamela S |
|  | Printed: 03/10/09 | Filed: 7/15/08 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Lisa Harris | Priority |  | No Claim Filed |
| 28. Aspire | Unsecured |  | No Claim Filed |
| 29. Asset Care | Unsecured |  | No Claim Filed |
| 30. United Collection Bureau Inc | Unsecured |  | No Claim Filed |
| 31. Capital Management | Unsecured |  | No Claim Filed |
| 32. CBA | Unsecured |  | No Claim Filed |
| 33. Collection Company Of America | Unsecured |  | No Claim Filed |
| 34. Comcast | Unsecured |  | No Claim Filed |
| 35. Credit Collections Services | Unsecured |  | No Claim Filed |
| 36. NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 37. Harris & Harris | Unsecured |  | No Claim Filed |
| 38. ADT Security Systems | Unsecured |  | No Claim Filed |
| 39. Value Auto Mart Inc | Unsecured |  | No Claim Filed |
| 40. Village Of Bellwood | Unsecured |  | No Claim Filed |
| 41. NCO Financial Systems | Unsecured |  | No Claim Filed |
| 42. Receivables Management Inc | Unsecured |  | No Claim Filed |
| 43. Midland Credit Management | Unsecured |  | No Claim Filed |
|  |  | $ 38,811.76 | $ 2,737.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 20.86 |
| 6.6% | 172.25 |
|  | $ 193.11 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: